**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-2304**

_____

ALAN J. SHEPPARD,

                    Plaintiff - Appellant,

          v.

WILLIAM O. HIGGINS, as lawyer with Ellis Lawhorne & Sims PA;
RONALD C. OWENS, as agent with guarantor KRA; RUSSEL
BENNETT, as guarantor; CHARLES P. DARBY, as guarantor,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(2:11-cv-01538-DCN)

_____

Submitted:  April 26, 2012          Decided:  April 30, 2012

_____

Before GREGORY, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Alan J. Sheppard, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alan J. Sheppard appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his civil suit for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sheppard v. Higgins, No. 2:11-cv-01538-DCN (D.S.C. Oct. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED